UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 14-CR-60036-MOORE/GOODMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEVY SEVERE

    Defendant.
_____/

## REPORT AND RECOMMENDATIONS ON FINAL REVOCATION HEARING

In this criminal action, the Court sentenced Defendant Levy Severe to serve ninety-nine months in federal prison followed by five years of supervised release with special conditions. [ECF No. 73]. On January 22, 2021, Defendant began serving the supervised release portion of his sentence and was released from custody. *Id*.

On June 2, 2023, Defendant was arrested on one count of conspiracy to import five kilograms or more of cocaine, in violation of 21 U.S.C. § 963 and one count of attempt to possess with intent to distribute five kilograms or more of cocaine, in violation of 21 U.S.C. § 846.[1] *Id*. Additionally, as evidenced by his arrest, Defendant unlawfully re-entered the United States without the written permission of the Undersecretary for Border and Transportation Security.

---

[1] Defendant was arrested with co-defendant Harol Armando Sanchez Perez and charged in Case No. 23-CR-20243 MOORE.

On June 12, 2023, the United States petitioned the Court to revoke Defendant's supervision due to his violations and issue a warrant for his arrest. *Id*. The deputy clerk issued the warrant that same day, and the United States Probation Office filed a Violation of Petition soon after. [ECF No. 74]. The Violation of Petition charged Defendant with: (1) failing to refrain from violation of the law; (2) unlawfully possessing a controlled substance; (3) associating with a person engaged in criminal activity; and (4) reentering the United States without permission. [ECF No. 90].

United States District Judge K. Michael Moore referred "any and all violations of Supervised Release" to the Undersigned "to take all necessary and proper action as required by law", consistent with 28 U.S.C. § 636 and the Local Magistrate Judge Rules. [ECF No. 77].

The Court scheduled Defendant's revocation hearing for Tuesday, October 10, 2023 at 10:30 A.M. [ECF No. 89]. On October 5, 2023, Defendant filed his Notice of Admission. [ECF No. 90]. In his notice, Defendant admits to all of the violations listed in the Violation of Petition, states that both parties agree that an evidentiary hearing is therefore not required, and requests that his case be set for sentencing instead. *Id*. Due to Defendant's recent notice, the Undersigned will **cancel** the bond revocation hearing set for October 10, 2023 in a separate Order.

Given that Defendant admits to all the allegations, the Undersigned **respectfully recommends** that Judge Moore revoke Defendant's supervised release and impose any additional consequences he deems appropriate.

<u>Objections</u>

The parties will have five (5)[2] days from the date of being served with a copy of this Report and Recommendations within which to file written objections, if any, with United States District Judge K. Michael Moore. Each party may file a response to the other party's objection within five (5) days of the objection. Failure to file objections timely shall bar the parties from a *de novo* determination by the District Judge of an issue covered in the Report and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report except upon grounds of plain error if necessary in the interest of justice. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1 (2016).

**RESPECTFULLY RECOMMENDED** in Chambers, in Miami, Florida, on October 6, 2023.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**<u>Copies furnished to:</u>**
The Honorable K. Michael Moore
All Counsel of Record

---

[2] The Undersigned is shortening the deadlines for filing Objections and a Response because Defendant admitted to all the allegations and because it appears unlikely that any Objections will be pursued.